# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Moody, James M. | USDC, Eastern Division | 06/09/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-Senior | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br><br>5b. ☑ Amended Report | 01/01/2013<br>to<br>03/07/2014 |

**7. Chambers or Office Address**

500 West Capitol
Suite C-446
Little Rock, AR 72201-3396

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1-Part VII Line 37 |
| 2. | Trustee | Trust #2-Part VII Line 58 |
| 3. | Trustee | Trust #3-Part VII Line 97 |
| 4. | Trustee | Trust #4-Part VII Line 121 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 06/09/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. One Bank NA-Account | A | Interest | L | T | | | | | |
| 2. Summit Bank NA-Account | A | Interest | J | T | | | | | |
| 3. Regions Bank NA-Account | A | Interest | J | T | | | | | |
| 4. Telco Federal Credit Union-Account | A | Interest | M | T | | | | | |
| 5. Regions Bank/Morgan Keegan (IRA)-Account | B | Int./Div. | K | T | | | | | |
| 6. BH & M Oil Comm Stock | B | Dividend | J | T | | | | | |
| 7. Radius Real Estate Venture | A | Int./Div. | K | T | Buy | 02/11/14 | K | | |
| 8. Header 1-1 | | | | | | | | | |
| 9. Goldman Sachs Bank,USA-Account(X) | A | Interest | L | T | | | | | |
| 10. Raymond James Bank, FSB-Account(X) | A | Interest | L | T | | | | | |
| 11. Virtus Premium Alphasector fund calss i(VAPIX) | A | Dividend | N | T | | | | | |
| 12. Virtus Dynamic Alphsector (VIMNX) | A | Dividend | M | T | | | | | |
| 13. Ishares MSCI Eafe (EFA) | A | Dividend | K | T | | | | | |
| 14. SPDR S&P 500 ETF (SPY) | A | Dividend | K | T | | | | | |
| 15. First Trust ETF II Consumer (FXD) Discretionary (FXD) | A | Dividend | | | Sold | 03/28/13 | K | D | |
| 16. First Trust ETF II Consumer Staples (FXG) | A | Dividend | | | Sold | 03/28/13 | L | D | |
| 17. First Trust ETF Fund II Alphadex Fund Annual (FXO) | A | Dividend | | | Sold | 03/28/13 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FIRST TRUST HEALTH CARE ALPHADEX FD ETF (FXH) | A | Dividend | | | Sold | 03/28/13 | L | C | |
| 19. First Trust ETF II Indls Prod Durable Alphadex Fund (FXR) | A | Dividend | | | Sold | 03/28/13 | L | D | |
| 20. First Trust ETF II Utilities(FXU) | A | Dividend | | | Sold | 03/28/13 | K | B | |
| 21. First Trust Exchange Alphadex (FDT) | A | Dividend | | | Sold | 03/28/13 | K | D | |
| 22. First Trust Exchange Alphadex Emerging(FEM) | A | Dividend | | | Sold | 03/28/13 | K | A | |
| 23. Ishares TR Barclays TIPS Bd (TIP) | A | Dividend | | | Sold | 03/28/13 | K | A | |
| 24. Ishares TR Iboxx Inv CPBD (LQD) | A | Dividend | | | Sold | 03/28/13 | K | A | |
| 25. Isahres Barclys 7-10 YR (IEF) | A | Dividend | | | Sold | 03/28/13 | K | A | |
| 26. Ishares TR DJ US Real Est (IYR) | A | Dividend | | | Sold | 06/11/13 | K | D | |
| 27. Ishares TR High Yld Corp (HYG) | A | Dividend | | | Sold | 03/28/13 | K | A | |
| 28. Ishares TR Barclys MBS BD (MBB) | A | Dividend | | | Sold | 03/28/13 | K | A | |
| 29. Ishares TR Fltg Rate Nt (FLOT) | A | Dividend | | | Sold | 04/03/13 | K | A | |
| 30. SPDR Gold Tr Fgold Shs (GLD) | A | Dividend | K | T | | | | | |
| 31. Ishares Emg mkts-EEM | A | Dividend | | | Buy | 09/17/13 | M | | |
| 32. Ishares Emg mkts-EEM | A | Dividend | | | Sold | 02/11/14 | M | | |
| 33. Ishares Eafe-EFA | A | Dividend | | | Buy | 03/28/13 | K | | |
| 34. Ishares Eafe-EFA | A | Dividend | | | Sold | 02/25/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ishares US Real-IYR | A | Dividend | | | Buy | 03/28/13 | J | | |
| 36. SPDR Gold -GLD | A | Dividend | | | Buy | 02/25/14 | K | | |
| 37. SPDR Gold -GLD | A | Dividend | | | Sold | 03/07/14 | K | | |
| 38. Ishares US Real-IYR | A | Dividend | | | Sold | 06/11/13 | J | | |
| 39. SPDr S& P 500etf-DPY | A | Dividend | | | Buy | 06/11/13 | M | | |
| 40. SPDr S& P 500etf-DPY | A | Dividend | | | Sold | 03/07/14 | K | | |
| 41. Virtus Premium Alphasector fund calss i(VAPIX) | A | Dividend | | | Buy | 03/28/13 | K | | |
| 42. Virtus Premium Alphasector fund calss i(VAPIX) | A | Dividend | | | Sold | 02/25/14 | K | | |
| 43. Virtus Dynamic Alphsector (VIMNX) | A | Dividend | | | Buy | 03/28/13 | J | | |
| 44. Virtus Dynamic Alphsector (VIMNX) | A | Dividend | | | Sold | 02/25/14 | J | | |
| 45. Header 1-2 | | | | | | | | | |
| 46. Muni Cash Trust | A | Interest | M | T | | | | | |
| 47. Batesville Ar School Dist 001 RFDG & Const | A | Interest | L | T | | | | | |
| 48. UA FAyetvl Var Fac | B | Interest | J | T | | | | | |
| 49. AR St R Fdg Water Waste Disp & Poll CB/E | B | Interest | | | Sold | 07/01/13 | K | A | |
| 50. AR St Univ Rev Hsg Sys FGIC B/E | C | Interest | L | T | | | | | |
| 51. NLR Hlth Fac Board Hlth Care RV Ref Baptist Hth B/E | B | Interest | | | Sold | 12/02/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AR State High Ed Ser B | B | Interest | K | T | | | | | |
| 53. Univ of Ark Univ Rev Var Fac Fytvlle Campus A B/E FGIC | B | Interest | L | T | | | | | |
| 54. Arkadeplhia AR Pub Ed Facs Rev Ouachita Baptst Univ B/E | C | Interest | L | T | | | | | |
| 55. Rogers AR Sewere Imprvt Ambac B/E | C | Interest | L | T | | | | | |
| 56. Russellevilee AR School | B | Interest | | | Sold | 12/02/13 | K | A | |
| 57. Bryant AR School | C | Int./Div. | L | T | | | | | |
| 58. Paris AR School | C | Interest | L | T | | | | | |
| 59. Clinton Ar School-▨ | C | Interest | | | Sold | 02/03/14 | K | A | |
| 60. Pulaksi▨ | C | Interest | L | T | | | | | |
| 61. El Dorado Ar Sch Dist-▨ | C | Interest | L | T | | | | | |
| 62. Little Rock Ar Hlth-▨ | C | Interest | K | T | | | | | |
| 63. Conway AR-▨ | A | Interest | L | T | Buy | 02/08/13 | L | | |
| 64. Conway AR-▨ | A | Interest | K | T | Buy | 03/13/13 | K | | |
| 65. North Little Rock AR -▨ | A | Interest | K | T | Buy | 06/12/13 | K | | |
| 66. Pulaski County-▨ | A | Interest | K | T | Buy | 11/06/13 | K | | |
| 67. Header 1-3 | | | | | | | | | |
| 68. Schwab Cash Money Market Fund (X) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Aloca Inc. | A | Int./Div. | J | T | | | | | |
| 70. Bank of America Corp | A | Int./Div. | J | T | | | | | |
| 71. Berkshire Hathaway, Inc. | A | Int./Div. | J | T | | | | | |
| 72. BP Amoco Spons ADR-BP | A | Int./Div. | K | T | | | | | |
| 73. Cisco | A | Int./Div. | | | Sold | 02/15/13 | K | B | |
| 74. Costco | A | Int./Div. | | | Sold | 10/18/13 | K | D | |
| 75. FISERV, Inc. | A | Int./Div. | K | T | | | | | |
| 76. GlaxosmithKline | A | Int./Div. | K | T | | | | | |
| 77. Lexmark Int Group | A | Int./Div. | K | T | | | | | |
| 78. MGIC INvestment Corp | A | Int./Div. | K | T | | | | | |
| 79. Markel Corp | A | Int./Div. | J | T | | | | | |
| 80. Microsoft Corp | A | Int./Div. | K | T | | | | | |
| 81. PNC Financial Svcs Grp | A | Int./Div. | J | T | | | | | |
| 82. Petroleo BRasilerio, SA | A | Int./Div. | | | Sold | 06/18/13 | J | A | |
| 83. Pfizer | A | Int./Div. | K | T | | | | | |
| 84. Public Service Enterprise | A | Int./Div. | K | T | | | | | |
| 85. Spectra Energy | A | Int./Div. | | | Sold | 07/19/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Telefonica de espana SA | B | Int./Div. | K | T | | | | | |
| 87. Telefonos de Mexico | A | Int./Div. | | | Sold | 02/12/13 | J | A | |
| 88. Tim Particiacoes | A | Int./Div. | | | Sold | 08/06/13 | J | A | |
| 89. Thornburg Income Builder CL C-TIBCX | A | Int./Div. | | | Sold | 01/03/13 | M | C | |
| 90. Oppenheimer GLobal CL C | A | Int./Div. | | | Sold | 05/10/13 | K | C | |
| 91. Firstenergy-FE | A | Dividend | K | T | Buy | 02/01/14 | K | | |
| 92. Intel INTC | A | Dividend | K | T | Buy | 03/31/13 | K | | |
| 93. Windstream | A | Dividend | K | T | Buy | 01/15/14 | K | | |
| 94. Fidelity SLCT FSDPX | A | Dividend | M | T | Buy | 06/30/13 | M | | |
| 95. CALL-Vector group | A | Dividend | J | T | Buy | 06/30/13 | J | | |
| 96. Ishares silver Trust | A | Dividend | J | T | Buy | 03/31/13 | J | | |
| 97. US Steel | A | Dividend | K | T | Buy | 06/30/13 | K | | |
| 98. US Steel | A | Dividend | | | Sold | 06/30/13 | K | A | |
| 99. Vector Group (VGR) | A | Dividend | J | T | | | | | |
| 100. Header 1-4 | | | | | | | | | |
| 101. Raymond James Bank,FSB-Account | A | Interest | J | T | | | | | |
| 102. Morgan Stanley Com Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wal-Mart Stores Com Stock | B | Dividend | K | T | | | | | |
| 104. Discover Fiancial Svc | A | Dividend | J | T | | | | | |
| 105. APPLE INCORPORATED (AAPL) | A | Dividend | K | T | | | | | |
| 106. TOYOTA MOTOR CORP ™ | A | Dividend | K | T | | | | | |
| 107. VERIZON COMMUNICATIONS INCORPORATED (VZ) | A | Dividend | J | T | | | | | |
| 108. Header 1-5 | | | | | | | | | |
| 109. Russellville AR School Dist Constr CFG | B | Interest | | | Sold | 12/31/13 | K | A | |
| 110. LR AR School District Ser B | C | Interest | L | T | | | | | |
| 111. General Motors Corp Note | A | Interest | J | T | | | | | |
| 112. Muni Cash Trust Funds | A | Interest | K | T | | | | | |
| 113. Roger AR School | C | Interest | L | T | | | | | |
| 114. General Motors Co (GM) | A | Dividend | J | T | | | | | |
| 115. Motors Liquidation (MTLQU) | A | Interest | J | T | | | | | |
| 116. North Little Rock- | A | Interest | K | T | Buy | 06/12/13 | K | | |
| 117. Conway Ar School Dist 5.04% | B | Interest | K | T | | | | | |
| 118. Header 2-1 | | | | | | | | | |
| 119. Raymond James Bank, FSB | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Header 2-2 | | | | | | | | | |
| 121. Raymond James Bank, FSB | A | Interest | J | T | | | | | |
| 122. Fed Ex COrp | A | Dividend | M | T | | | | | |
| 123. Intel | B | Dividend | L | T | | | | | |
| 124. Qualcomm, Inc | A | Dividend | K | T | | | | | |
| 125. Apple Inc.-AAPL | A | Dividend | L | T | | | | | |
| 126. Merck | A | Dividend | K | T | | | | | |
| 127. Blackstone Group LP Comm Unit Ltd-BX | A | Distribution | K | T | | | | | |
| 128. Header 2-3 | | | | | | | | | |
| 129. Raymond James Bank, FSB | A | Interest | J | T | | | | | |
| 130. General Electric | A | Dividend | J | T | | | | | |
| 131. Microsoft | A | Dividend | K | T | | | | | |
| 132. Celegene Corp | A | Dividend | K | T | | | | | |
| 133. Header 2-4 | | | | | | | | | |
| 134. Raymond James Bank, FSB | A | Int./Div. | J | T | | | | | |
| 135. Goldman Sachs Bank, USA-Account | C | Interest | M | T | | | | | |
| 136. Evergreen Solar, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  AT&T Incorporated (T) | A | Dividend | J | T | | | | | |
| 138.  Apple Inc. (AAPL) | A | Dividend | L | T | | | | | |
| 139.  Conocophillips (COP) | A | Dividend | L | T | | | | | |
| 140.  Merck (MRK) | A | Dividend | L | T | | | | | |
| 141.  Pfizer Inc. (PFE) | A | Dividend | J | T | | | | | |
| 142.  Phillips 66 (PSX) | A | Dividend | J | T | | | | | |
| 143.  IDeal Holding Ltd | A | Dividend | K | T | | | | | |
| 144.  Mineral interestl)-Lafayette County Arkansas (X) | C | Royalty | J | W | | | | | |
| 145.  Rental #1-Nashville TN | C | Rent | K | W | | | | | |
| 146.  First Southwest Prime Funds (Y) | A | Int./Div. | J | T | | | | | |
| 147.  Banco Bilbsovizcaya (Y) | | | | | | | | | |
| 148.  Contax Paratiacipacoes (Y) | | | | | | | | | |
| 149.  Banco Santander SA_STD (Y) | | | | | | | | | |
| 150.  Plains Capital Bank-cash (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 06/09/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Letter of Inquiry listed 5 items.
On Page 4 Item 7-Added requested information

Missing from 2012 to 2013
Page 7/#62-Please note it was listed as item #56 in 2013 report
Page 7/#68-Added as Page 12/#146
Page 8/#81—Please note was listed as #78 in 2013 report
Page 9/#97=Please note listed as #83 in 2013 report

LETTER OF INQUIRY DATED 12/09/14
Please note that the follwing items from the 2012 report should have been noted with the designation (Y) for the 2013 year:

#62 Banco Bilbaovizcaya
#68 Contax Paratiacipacoes
#81 Banco Santander SA STD
#87 Plains Capital Bank-cash

These items are added on line 147-150 of the 2013 report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James M. Moody**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544